Tad Mayfield v. Dana Rademan Miller